UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CHRISTA A. NELSON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:24CV00021 ACL |
| MARTIN O'MALLEY,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the Memorandum and Order entered this date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner be **reversed** and this case be **remanded** to the Commissioner for further proceedings.

Dated this 18th day of July, 2024.

*/s/ Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE